**Order entered September 21, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01312-CV

### CHAN IL PAK, Appellant

### V.

### AD VILLARAI, LLC, et al, Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-06030**

## ORDER

The Court has before it appellant Chan Il Pak's opposed first motion for extension of time to file an amended brief. Pak is a pro se litigant in this matter. The motion, however, is signed by Min W. Pak as "Attorney-in-Fact" for Pak. Min W. Pak does not appear to be a licensed attorney in Texas. A litigant may represent himself or may be represented by counsel in proceedings before this Court. *Guerrero v. Memorial Turkey Creek, Ltd.*, No. 01-09-00237-CV, 2011 WL 3820841, at *2 (Tex. App.—Houston [1st Dist.] Aug. 25, 2011, no pet.) (mem. op.); *see* TEX. R. APP. P. 9.1 ("A party not represented by counsel must sign any document that the party files . . . ."). Because Pak may only represent himself or be represented by licensed counsel, we **STRIKE** the motion without prejudice to Pak refiling a motion within seven days that complies with the Texas Rules of Appellate Procedure.

/Molly Francis/
MOLLY FRANCIS
JUSTICE